USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
JOHN R. ERICKSON, Individually and on : Civil Action No. 1:20-cv-09575-MKV
Behalf of All Others Similarly Situated, :
: CLASS ACTION
Plaintiff, :
:
vs. :
:
JERNIGAN CAPITAL, INC., JOHN A. :
GOOD, MARK O. DECKER, JAMES :
DONDERO, HOWARD A. SILVER, HARRY :
J. THIE and REBECCA OWEN, :
:
Defendants. :
---------------------------------------- x

# ORDER GRANTING JOHN R. ERICKSON'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS

Upon consideration of John R. Erickson's Motion for Appointment as Lead Plaintiff, Approval of Lead Counsel, and Consolidation of Related Actions; and good cause appearing therefore, the Court ORDERS as follow:

1. The Motion is GRANTED;

2. John R. Erickson is appointed as Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii);

3. John R. Erickson's selection of Lead Counsel is approved and Robbins Geller Rudman & Dowd LLP is appointed as Lead Counsel for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v); and

4. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, all securities class actions pending, subsequently filed, removed, or transferred to this District that are related to the

claims asserted in the above-captioned case shall be consolidated for all purposes with *Erickson v. Jernigan Capital, Inc.*, No. 1:20-cv-09575-MKV (S.D.N.Y.) (the "Consolidated Action"). The Consolidated Action shall be captioned *In re Jernigan Capital, Inc. Securities Litigation* and the file shall be maintained under Master File No. 1:20-cv-09575-MKV.

**IT IS SO ORDERED**

DATED: __February 5, 2021__   _____
HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE

Counsel for Defendants shall promptly file notices of appearance in 20-cv-9575. The Clerk of Court is respectfully directed to terminate the letter motion at docket entry 24.