UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| JOHN R. ERICKSON, *Individually and on Behalf of All Others Similarly Situated*,<br><br>                              Plaintiff,<br><br>                    -against-<br><br>JERNIGAN CAPITAL, INC. et al.,<br><br>                              Defendants. |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   4/15/2022

1:20-cv-9575 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

Because of an unavoidable conflict in the Court's calendar, IT IS HEREBY ORDERED that the oral argument that was previously scheduled to take place on April 22, 2022 is adjourned to May 20, 2022 at 11:00 a.m.  The Court apologizes for the inconvenience and delay.

**SO ORDERED.**

**Date:   April 15, 2022**
**         New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**