UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2022
```

JOHN R. ERICKSON, *Individually and on Behalf of All Others Similarly Situated*,

Plaintiff,

-against-

JERNIGAN CAPITAL, INC. et al.,

Defendants.

1:20-cv-9575 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

To accommodate the Court's calendar, IT IS HEREBY ORDERED the May 20, 2022 oral argument will begin at **10:00 a.m.** The Court has reserved one hour for the oral argument.

**SO ORDERED.**

Date: May 12, 2022
New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**