```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re JERNIGAN CAPITAL, INC. SECURITIES LITIGATION

ORDER SCHEDULING ORAL ARGUMENT

20-CV-9575 (JLR)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

An Oral Argument for class certification is hereby scheduled in this matter for **Friday, June 9, 2023 at 2:00 p.m.** in Courtroom 17D, 500 Pearl Street, New York, New York. Oral Argument shall focus on the Rule 23(b) predominance factor.

SO ORDERED.

Dated: May 17, 2023
New York, New York

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge