

**WINSTON & STRAWN LLP**

NORTH AMERICA   SOUTH AMERICA   EUROPE   ASIA

200 Park Avenue
New York, NY 10166
T +1 (212) 294-6700
F +1 (212) 294-4700

**MATTHEW L. DIRISIO**
Partner
(212) 294-4686
mdirisio@winston.com

June 15, 2023

**VIA ECF**
Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

*The request is GRANTED in part. The parties shall adhere to the schedule as edited below. The Court does not require a reply brief.*
*Dated: June 16, 2023*
*New York, NY*
**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:   <u>In Re Jernigan Capital, Inc. Securities Litigation</u>, No. 1:20-cv-09575-JLR-KHP

Dear Judge Rochon:

Pursuant to Rule 1(F) of your Honor's Individual Rules of Practice in Civil Cases, we write on behalf of Defendants to request a two-week extension of time in which to file objections to Magistrate Judge Parker's Report and Recommendation ("<u>Report & Recommendation</u>") regarding Plaintiff's motion for class certification (ECF No. 95) – from June 26, 2023 to July 10, 2023. No previous extensions have been requested.

The Report & Recommendation was issued on June 12, 2023 with objections due 14 days later. Defendants seek a two-week extension of that deadline in light of (1) the complex nature of the issues implicated in the Report & Recommendation and (2) defense counsel's previously scheduled and immovable conflicts during the original 14-day response period (including, among other things, a two-week trial scheduled to begin on June 20, 2023).

Plaintiff's counsel has consented to this request, subject to a commensurate extension for any response to the objections. As such, below is the parties' proposed briefing schedule:

- Defendants' Objections to Report and Recommendation: ~~July 10, 2023~~  *July 5, 2023*
- Plaintiff's Response to Objections: ~~August 7, 2023~~  *July 19, 2023*
- ~~Defendants' Reply: August 21, 2023~~

We thank the Court for its attention to this matter. Counsel are available to answer any questions Your Honor may have.

Respectfully submitted,

*/s/ Matthew L. DiRisio*
Matthew L. DiRisio

cc:   All Counsel of Record (via ECF)