## Joint Letter Regarding Intent to Mediate

August 26, 2024

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 20B
New York, NY 10007

    Re:    *In re Jernigan Cap., Inc. Sec. Litig.*, No. 1:20-cv-09575-JLR-KHP

Dear Judge Rochon:

    Lead Plaintiff and Defendants respectfully submit this joint letter to request a temporary stay of certain discovery deadlines to enable the parties to attempt to resolve this case through mediation. The parties believe that the requested stay will provide an opportunity to resolve the claims while preserving the Court's and litigants' time and resources.

    Accordingly, the parties have agreed, subject to the Court's approval, to stay the deadlines set forth in the Stipulation and Order Amending Discovery Schedule, entered on May 7, 2024 (ECF No. 115), pending the outcome of mediation between the parties.[1] The parties will submit a joint status letter to the Court by no later than September 30, 2024. If, at that time, either party believes that continued mediation would no longer be fruitful, the parties will submit to the Court a proposed revised discovery schedule setting new deadlines for the remainder of discovery.

    We thank the Court for its consideration and are available to answer any questions Your Honor may have.

    Respectfully submitted,

| */s/ Noam Mandel* | */s/ Matthew L. DiRisio* |
|---|---|
| Noam Mandel | Matthew L. DiRisio |
| | |
| **ROBBINS GELLER RUDMAN & DOWD LLP** | **WINSTON & STRAWN LLP** |
| 420 Lexington Avenue, Suite 1832 | 200 Park Avenue |
| New York, NY 10170 | New York, NY 10166 |
| Telephone: (212) 432-5155 | Telephone: (212) 294-4633 |
| | |
| *Lead Counsel for the Class* | *Counsel for Defendants* |

---

[1] The parties respectfully inform the Court that the parties have agreed to hold certain outstanding discovery disputes in abeyance during this period.

The request to further stay the discovery deadlines in ECF 115 to allow for mediation is GRANTED. By September 30, 2024, the parties shall submit a joint status update on mediation or a proposed revised discovery schedule.

**IT IS SO ORDERED.**

DATED: August 27, 2024

_____
HONORABLE JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE