UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN R. ERICKSON, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>  -against-<br><br>JERNIGAN CAPITAL, INC. et al.,<br><br>       Defendants. | Case No. 1:20-cv-09575 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On October 11, 2024, the parties notified the Court that they had reached an agreement in principle to resolve the case and that they were working to finalize and submit a settlement agreement to the Court. Dkt. 120. The parties shall provide a status update to the Court by November 25, 2024.

Dated: November 20, 2024
    New York, New York

                SO ORDERED.

                *Jennifer Rochon*
                JENNIFER L. ROCHON
                United States District Judge

1