UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| | x |
| In re JERNIGAN CAPITAL, INC. SECURITIES LITIGATION | : Master File No. 1:20-cv-09575-JLR-KHP |
| | : |
| | : CLASS ACTION |
| | : |
| This Document Relates To: | : LEAD PLAINTIFF'S NOTICE OF MOTION |
| | : FOR FINAL APPROVAL OF CLASS |
| ALL ACTIONS. | : ACTION SETTLEMENT AND APPROVAL |
| | x OF PLAN OF ALLOCATION |

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Court-appointed Lead Plaintiff, John R. Erickson, on behalf

of the Class, by his undersigned counsel, will move this Court on May 29, 2025, at 1:00 p.m., before

the Honorable Jennifer L. Rochon at the Daniel Patrick Moynihan United States Courthouse, 500

Pearl Street, New York, New York 10007, or as soon thereafter as the parties can be heard, pursuant

to Rule 23 of the Federal Rules of Civil Procedure, for entry of a Final Judgment approving the

proposed Settlement as fair, reasonable, and adequate and for entry of an Order approving the

proposed Plan of Allocation for the proceeds of the Settlement as fair, reasonable, and adequate.

In support of this motion, Lead Plaintiff submits and is filing herewith: (i) the Memorandum

of Law in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and

Approval of Plan of Allocation; (ii) the Declaration of Noam Mandel in Support of: (1) Lead

Plaintiff's Motion for Final Approval of Class Action Settlement and Approval of Plan of

Allocation; and (2) Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and an

Award to Lead Plaintiff Pursuant to 15 U.S.C. §78u-4(a)(4); (iii) the Declaration of Lead Plaintiff

John R. Erickson; and (iv) the Declaration of Ross D. Murray.

- 1 -

Proposed Orders will be submitted with Lead Plaintiff's reply submission on or before May 22, 2025, after the deadlines for objection and seeking exclusion have passed.

DATED: April 24, 2025

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHAD JOHNSON
NOAM MANDEL
DESIREE CUMMINGS
JONATHAN ZWEIG


s/ Noam Mandel
NOAM MANDEL

420 Lexington Avenue, Suite 1832
New York, NY  10170
Telephone:  212/432-5100
chadj@rgrdlaw.com
noam@rgrdlaw.com
dcummings@rgrdlaw.com
jzweig@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART
(admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
elleng@rgrdlaw.com

*Lead Counsel for the Class*

4913-2039-2762.v1